UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH KNOLL,

       Plaintiff,                           Case No. 1:15-CV-136

v.                                         HON. ROBERT HOLMES BELL

PAUL ANDREW BROEKHUIZEN, et al.,

       Defendants.
                                     /

**ORDER APPROVING AND ADOPTING
<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

On February 23, 2015, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") recommending that Plaintiff Kenneth Knoll's pro se complaint be dismissed for lack of subject-matter jurisdiction. (ECF No. 4.)  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's February 23, 2015, R&R (ECF No. 4) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** for lack of subject-matter jurisdiction.

**IT IS FURTHER ORDERED** that Defendants' pro se motions to dismiss (ECF Nos. 5, 6, 7) are **DENIED AS MOOT**.


Dated: March 20, 2015 	/s/ Robert Holmes Bell
	ROBERT HOLMES BELL
	UNITED STATES DISTRICT JUDGE